# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| In re: | Case No. 8:13-bk-00922-KRM |
| CASEY MARIE ANTHONY,<br>      **Debtor.**<br>_____/ | Chapter 7 |
| In re: | |
| ROY KRONK, | Adversary No. 8:13-AP-00629-KRM |
|       **Plaintiff.**<br>v.<br>CASEY MARIE ANTHONY,<br>      **Defendant.**<br>_____/ | |

## ORDER DENYING IN PART AND GRANTING IN PART DEBTOR/DEFENDANTS MOTION TO DISMISS COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

THIS MATTER came on for hearing on November 5, 2013 upon the Debtor/Defendant's Motion To Dismiss Plaintiff Roy Kronk's Complaint To Determine Dischargeability of Debt (the "Motion") filed on July 22, 2013 [Document Number 16]; and Plaintiff's Response In Opposition To Defendant's Motion To Dismiss Adversary Complaint (the "Response") filed on October 25, 2013 [Document Number 17]. Present at the Hearing was Howard S. Marks, Esq., for Plaintiff, and Debra Ferwerda, Esq. and David L. Schrader, Esq., for Debtor/Defendant.

The Court having heard argument of counsel and having considered the record, and being duly advised in the premises finds that the Court should grant in part and deny in part the

Motion.  Accordingly, it is

**ORDERED:**

1. The Debtor/Defendant's Motion To Dismiss Plaintiff Roy Kronk's Complaint To Determine Dischargeability of Debt is granted as to paragraph 12 and denied as to the remainder of the Complaint.

2. The Plaintiff shall have twenty one (21) days from the date of the hearing, or until November 26, 2013, to file an amended complaint should he be so inclined.

3. If Plaintiff files an amended complaint as provided herein, Debtor/Defendant shall have twenty one (21) days to file her response thereto, provided, however, that if said response shall be anything other than an answer, Debtor/Defendant shall only address the new allegations and not those in the paragraphs this Court determined to be sufficient to state a cause of action against the Debtor/Defendant.

**DONE AND ORDERED** on _____January 02, 2014_____.

_____
**K. RODNEY MAY**
United States Bankruptcy Judge

Attorney David L. Schrader is directed to serve a copy of this Order on interested parties and file a proof of service within three days of the entry of this Order.