## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**In re:**                                                        Case No. 8:13-bk-00922-KRM

CASEY MARIE ANTHONY,                              Chapter 7

      **Debtor.**
_____/

**In re:**

ROY KRONK,                                                    Adversary No. 8:13-AP-00629-KRM

      **Plaintiff.**

**v.**

CASEY MARIE ANTHONY,

      **Defendant.**
_____/

**DEFENDANT'S UNCFONTESTED MOTION TO CONTINUE AORIL 19, 2016 HEARING ON DEFENDANT'S MOTION TO STRIKE AND EXCLUDE PLAINTIFF'S DOCUMENTS AND EVIDENCE [DOCKET NO. 70] FILED IN RESPONSE TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS [DOCKET NO. 68]**

    Debtor/Defendant, CASEY MARIE ANTIHONY, by and through her undersigned attorney, files this, her Uncontested Motion To Continue the April 19, 2016 Hearing on Defendant's Motion To Strike and Exclude Plaintiff's Documents and Evidence [Docket No. 70] filed in Response To Defendant's Motion For Judgment on the Pleadings [Docket No. 68] and as grounds therefore states as follows:

1. On January 7, 2016, Defendant filed her Motion For Judgment on the Pleadings [Docket No. 68].

2. On January 15, 2016, Plaintiff filed his Response to Defendant's Motion For Judgment On The Pleadings [Docket No. 70].

3. On January 19, 2016, tMotion To Continue April 19, 2016 his Court heard the argument of counsel regarding the Defendant's Motion and Plaintiff's Response and determined that the Defendant's Motion should be continued and rescheduled to the same date and time as the Continued Pretrial date or a date following April 15, 2016 when the parties' Motions For Summary Judgment were due.

4. Due to ongoing discovery, the parties' agreed to extend the date on which the motions for summary judgment were to be filed and a motion to extend that date has been filed herein [Docket No. 76].

5. The parties have agreed that the Motion To Strike should be rescheduled for the same date as this Court reschedules the continued pre-trial or status conference and the hearing on the parties' motions for summary judgment.

6. Counsel for Plaintiff has advised the undersigned that he has no objection to the requested continuance and the dates requested herein.

WHEREFORE, Debtor/Defendant respectfully requests that the April 19, 2016 hearing on Defendant's Motion To Strike And Exclude Plaintiff's Documents And Evidence be continued and rescheduled at the same time that this Court schedules the continued pre-trial or status conference and the hearing on the parties' motions for summary judgment and for such other and further relief as the Court deems just and proper.

                    **/s/ David L. Schrader**
                    David L. Schrader
                    Florida Bar No.: 0183943
                    111 Second Avenue NE, Suite 901
                    St. Petersburg, Florida 33701
                    Telephone: (727) 456-5772
                    Facsimile: (727) 456-6454
                    dschraderlaw@gmail.com
                    dschraderlaw.assistant@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing document has been emailed to Howard Marks, Esq., Burr & Forman, LLP., hmarks@burr.com rshuker@lseblaw.com; and Cheney Masson, Esq. cheneylaw@aol.com; and ChenMas4@aol.com this 18th day of April, 2016.

                    **/S/ David L. Schrader**
                        David L. Schrader, Esquire