ORDERED.

Dated: April 19, 2016

*K. Rodney May*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**In Re:**

CASEY MARIE ANTHONY,       Case No. 8:13-bk-00922-KRM
    **Debtor.**       Chapter 7
_____/

ROY KRONK,
    **Plaintiff,**       Adversary Proceeding
v.       Case No. 8:13-ap-00629-KRM
CASEY MARIE ANTHONY,
    **Defendant.**
_____/

**ORDER GRANTING DEBTOR/ DEFENDANT'S UNCONTESTED MOTION TO CONTINUE APRIL 19, 2016 HEARING ON DEFENDANT'S MOTION TO STRIKE AND EXCLUDE PLAINTIFF'S DOCUMENTS AND EVIDENCE [DOC. 77] FILED IN RESPONSE TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS [DOC. 70]**

**THIS MATTER** came before the Court for consideration upon the Debtor/Defendant Casey Marie Anthony's Uncontested Motion To Continue the April 19, 2016 Hearing on Defendant's Motion To Strike and Exclude Plaintiff's Documents and Evidence [Docket No. 77] filed in Response To Defendant's Motion For Judgment on the Pleadings [Docket No. 70]. The Court having reviewed the Motion finds that it is well taken and should be granted. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Defendant's Motion To Strike and Exclude Plaintiff's Documents and Evidence filed in Response To Defendant's Motion For Judgment on the Pleadings is granted and the hearing is hereby continued to July 19, 2016 at 11:00 a.m.

*Attorney David L. Schrader shall file a certificate of service of this Order within three (3) days after the entry of this Order.*