ORDERED.

Dated: April 19, 2016

*K. Rodney May*
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In Re:

CASEY MARIE ANTHONY,       Case No. 8:13-bk-00922-KRM
    Debtor.      Chapter 7
_____/

ROY KRONK,
    Plaintiff,      Adversary Proceeding
v.      Case No. 8:13-ap-00629-KRM
CASEY MARIE ANTHONY,
    Defendant.
_____/

**ORDER GRANTING DEBTOR/ DEFENDANT'S UNCONTESTED MOTION TO CONTINUE APRIL 19, 2016 HEARING ON DEFENDANT'S MOTION TO STRIKE AND EXCLUDE PLAINTIFF'S DOCUMENTS AND EVIDENCE [DOC. 77] FILED IN RESPONSE TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS [DOC. 70]**

    **THIS MATTER** came before the Court for consideration upon the Debtor/Defendant Casey Marie Anthony's Uncontested Motion To Continue the April 19, 2016 Hearing on Defendant's Motion To Strike and Exclude Plaintiff's Documents and Evidence [Docket No. 77] filed in Response To Defendant's Motion For Judgment on the Pleadings [Docket No. 70]. The Court having reviewed the Motion finds that it is well taken and should be granted.
    Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

    1. The Defendant's Motion To Strike and Exclude Plaintiff's Documents and Evidence filed in Response To Defendant's Motion For Judgment on the Pleadings is granted and the hearing is hereby continued to July 19, 2016 at 11:00 a.m.

*Attorney David L. Schrader shall file a certificate of service of this Order within three (3) days after the entry of this Order.*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

CASEY MARIE ANTHONY,                    Case No. 8:13-bk-0922-KRM

                                        Chapter 7

      Debtor,

_____/

In re

ROY KRONK,                              Adversary Proceeding

      Plaintiff,                       Adversary No. 8:13-ap-00629-KRM

v.

CASEY MARIE ANTHONY,

      Defendant.

_____/

## PROOF OF SERVICE

    I HEREBY CERTIFY that on the 20th day of April, 2016 a true and correct copy of the Order Granting Debtor/Defendants Uncontested Motion to Continue April 19, 2016 Hearing on Defendant's Motion To Strike and Exclude Plaintiffs Documents and Evidence Filed in Response to Defendants Motion for Judgment on the Pleadings [Doc. 78] was served via the courts EM/ECF system, email and/or to: Casey M. Anthony c/o Cheney Mason, Esquire at chenmas4@aol.com and cheneylaw@aol.com; Howard Marks, Esquire at hmarks@burr.com and Jonathan Sykes, Esq. at jsykes@burr.com.

                                      /s/ David L. Schrader
                                      **David L. Schrader, Esquire**
                                      Florida Bar No.: 0183943
                                      111 Second Avenue NE
                                      Suite 901
                                      St. Petersburg, FL 33701
                                      Phone: (727) 456-5772
                                      Fax: (727) 456-6454
                                      dschraderlaw@gmail.com
                                      dschraderlaw.assistant@gmail.com