UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                                CASE NO.: 8:13-bk-00922-KRM
CASEY MARIE ANTHONY,                                 CHAPTER 7
         Debtor,
_____/

ROY KRONK,                                                       Adversary Proceeding
         Plaintiff,                                              Case No. 8:13-ap-00629-KRM

vs.

CASEY MARIE ANTHONY,
         Defendant.
_____/

**FIFTH AMENDED NOTICE OF TAKING DEPOSITION DUCES TECUM**

PLEASE TAKE NOTICE that counsel for CASEY ANTHONY shall take the deposition upon oral examination of the following individual at the date, time, and location indicated, before Milestone Reporting, or any other officer authorized by law to take depositions in the State of Florida.

| Deponent | Date, Time, & Place |
|---|---|
| **DOMINIC A. CASEY** | May 9, 2016 at 1:00 p.m.<br>at the office of:<br>Carrie L. Rentz, P.A.<br>1220 Commerce Park Drive<br>Suite 207<br>Longwood, Florida 32779 |

The deponent is to have with him, at said time, place, and location the following:

1.  All engagement letters from Casey Anthony, Jose Baez, and the Anthony family.

2.  All waivers and termination documents the deponent claims to have.

3.  Any and all documents to support claims the deponent made in his Affidavit.

The deposition is being taken for the purposes of discovery or for the use as evidence, or

1

both, and for such other uses and purposes as are permitted under the Florida Rules of Civil Procedure and other applicable law.

**Three (3) hours have been reserved for this deposition.**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail service to David L. Schrader, 111 Second Avenue NE, Suite 901, St. Petersburg, Florida 33701, dschraderlaw@gmail.com, dschraderlaw.assistant@gmail.com, and to Howard S. Marks, 200 S. Orange Avenue, Suite 800, Orlando, Florida 32801, hmarks@burr.com, jsykes@burr.com, mrannells@burr.com, dmmorton@burr.com, lloving@burr.com, on this 19th day of April, 2016.

*s/J. Cheney Mason*
J. CHENEY MASON, ESQUIRE
Florida Bar No.: 131982
ChenMas4@aol.com
J. CHENEY MASON, P.A.
250 Park Avenue South, Suite 200
Winter Park, Florida 32789
Telephone: 407-622-2220
Attorney for Debtor/Defendant