ORDERED.

Dated:  April 22, 2016

K. Rodney May
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**In Re:**

CASEY MARIE ANTHONY,   Case No. 8:13-bk-00922-KRM
    **Debtor.**   Chapter 7
_____/

ROY KRONK,
    **Plaintiff,**   Adversary Proceeding
v.   Case No.  8:13-ap-00629-KRM
CASEY MARIE ANTHONY,
    **Defendant.**
_____/

**ORDER GRANTING DEBTOR/ DEFENDANT'S UNCONTESTED MOTION FOR EXTENSION OF TIME TO CONDUCT DEPOSITION OF DOMINIC CASEY [DOC. 76] AND TO FILE MOTIONS FOR SUMMARY JUDGMENT, RESPONSES THERETO AND TO RESCHEDULE PRE-TRIAL**

    **THIS MATTER** came before the Court for consideration upon the Debtor/Defendant Casey Marie Anthony's Uncontested Motion For Extension of Time To Conduct the Deposition of Dominic Casey [Doc. #76] and to File Motions For Summary Judgment, Responses Thereto, and To Reschedule Pre-trial. The Court having reviewed the Motion finds that it is well taken and should be granted. Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

1.     The Parties shall conduct the deposition of Dominic Casey no later than June 1, 2016.

2.     On or before June 15, 2016, either or both of the Parties may file a motion for summary judgment.

3.     The Parties shall have until June 29, 2016 to respond to any motion for summary judgment, and shall have until July 13, 2016 to file any reply to a response.

4. The Pre-Trial has been continued to July 19, 2016 at 11:00 AM.

*Attorney David L. Schrader shall file a certificate of service of this Order within three (3) days after the entry of this Order.*