FILED

APR 26 2016

Clerk, U.S. Bankruptcy,
Orlando Division

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

CASEY MARIE ANTHONY,

    Debtor.

Case No. 8:13-bk-00922-KRM

Chapter 7

Roy Kronk,

    Plaintiff,

v.

CASEY MARIE ANTHONY,

    Defendant.

Adversary Proceeding
Case No. 8:13-ap-00629-KRM

## BACKGROUND INFORMATION
## AND WAIVER(S) OF ANY AND ALL PRIVILEGE

Dominic Casey provides background information, waiver(s) of privilege and states:

1. In July, 2008, detective Dominic Casey's Agency: D&A Investigations, Inc. (D&A) was retained by Jose A. Baez of the Baez Law Firm for the Defense team on behalf of Casey Anthony who was charged with murdering her daughter, Caylee Marie Anthony.

2. Because of attorney misconduct, on September 25, 2008, Dominic Casey provided written notice to Jose A. Baez of the Baez Law Firm that D&A would terminate services to The Baez Law Firm. The effective date of termination would be October 1, 2008.

3. On October 1, 2008, pursuant to notice on September 25, 2008, D&A provided written notice of termination to Jose A. Baez of the Baez Law Firm, effectively immediately.

4. D&A continued providing investigative services and personal protection for Casey Anthony through and until October 14, 2008.

5. D&A continued providing investigative services and personal protection to George and Cindy Anthony through and until June 6, 2009 at which time, George and Cindy Anthony waived privilege with Dominic Casey.

6. On June 8, 2006, George and Cindy Anthony's attorney, Bradley A. Conway, confirmed the waiver of privilege to Diana Tennis (attorney for Dominic Casey).

Page 1 of 3

7. On Monday, March 28, 2011 Dominic Casey attended a deposition at the Office of the State Attorney, 415 North Orange Avenue, Orlando, Florida.

During this Criminal Proceeding, Jose A. Baez and Cheney Mason, criminal counsel for the Defendant, made the:

> "strategic decision to waive any and all privilege as it pertains to Mr. Dominic Casey"

Criminal counsel for the Defendant Jose Baez, Cheney Mason and Debra Ferwerda counsel for Dominic Casey stated on the record as follows:

> 17 MR. MASON: I don't know. If I knew the
> 18 background, I would --
> 19 MR. BAEZ: You want to go talk about --
> 20 MS. BURDICK: You can go in that room next
> 21 door.
> 22 (A 3-minute recess was had.)
> 23 MR. BAEZ: Back on the record. The defense is
> 24 going to make the strategic decision to waive any
> 25 and all privilege as it pertains to Mr. Dominic
> 1 Casey.
> 2 MS. FERWERDA: That means you can speak
> 3 freely --
> 4 MR. BAEZ: Speak freely.
> 5 MS. FERWERDA: -- about everything that
> 6 happened during representation.

A true and correct copy of the Deposition pages: 1-3 and 16-17 are attached hereto.

The Plaintiff's attorney in this Adversary Case, attached Dominic Casey's Deposition in the Criminal Proceeding, 16:23-25; 17:1-6, March 26, 2011 (Doc. No. 50) to Plaintiff's Response in Opposition to Debtor/Defendant's Motion to Strike Testimony of Dominic Casey at September 18, 2014 Deposition (Doc. No. 44) and Debtor/Defendant's Motion for Protective Order as to Discovery Related to Dominic Casey, Debtor/Defendant's Private Investigator (Doc. No. 43).

WHEREFORE, Dominic Casey is providing the aforementioned background information, George and Cindy Anthony's waiver of privilege and the attached waiver of privilege.

/s/ Dominic Casey
Post Office Box 917394
Longwood, FL 32791

### CERTIFICATE OF SERVICE

I HEREBY certify that the foregoing document and one (1) attachment (Deposition pages) have been emailed to Howard Marks, Esq. Burr & Foreman, LLP, hmarks@burr.com this 26th day of April 2016, for filing with the Court and distribution to the associated parties.

/s/ Dominic Casey
Post Office Box 917394
Longwood, FL 32791

```
 1                    IN THE CIRCUIT COURT OF THE
                      NINTH JUDICIAL CIRCUIT IN AND
 2                    FOR ORANGE COUNTY, FLORIDA

 3   STATE OF FLORIDA,

 4           Plaintiff,

 5   vs.                       CASE NO.:  48-2008-CF-015606-O

 6   CASEY MARIE ANTHONY,

 7           Defendant.

 8   -----------------------------------------------------

 9           The deposition of DOMINIC CASEY taken pursuant to

10   Notice on behalf of the Plaintiff on Monday, March 28,

11   2011, beginning at 2:14 p.m., at the Office of the State

12   Attorney, 415 North Orange Avenue, Orlando, Florida,

13   reported stenographically by Laura J. Landerman, R.M.R.,

14   C.R.R., and Notary Public, State of Florida at Large.

15

16

17

18

19

20

21

22

23

24

25
```

2

```
 1      A P P E A R A N C E S:
 2            LINDA DRANE BURDICK, ESQUIRE
              FRANK GEORGE, ESQUIRE
 3            Office of the State Attorney
              415 North Orange Avenue
 4            Orlando, Florida  32801
 5                  For the Plaintiff,
 6            JOSÉ A. BAEZ, ESQUIRE
              The Baez Law Firm
 7            522 Simpson Road
              Kissimmee, Florida  34744
 8                     and
              J. CHENEY MASON, ESQUIRE
 9            J. Cheney Mason, P.A.
              390 North Orange Avenue -- Suite 2100
10            Orlando, Florida  32801
11                  For the Defendant,
12            DEBRA L. FERWERDA, ESQUIRE
              Jacobson, McClean, Chmelir
13            351 E. State Road 434 -- Suite A
              Winter Springs, Florida  32708
14
                    For the Witness, Dominic Casey.
15
16
17
18
19
20
21
22
23
24
25
```

1                           I N D E X

2    TESTIMONY OF DOMINIC N. CASEY

3        Direct Examination by Ms. Burdick              4
         Cross-Examination by Mr. Baez                 85
4

5    CERTIFICATE OF OATH                               92

6    CERTIFICATE OF REPORTER                           93

7    ERRATA SHEET                                      94

8                         E X H I B I T S

9        Plaintiff's Exhibit No. 1                     44
         Plaintiff's Exhibit No. 2                     46
10       Plaintiff's Exhibit No. 3                     54
         Plaintiff's Exhibit No. 4                     59
11

12

13

14

15

16

17

18

19                          - - - - -

20                    S T I P U L A T I O N S

21      It is hereby stipulated and agreed between counsel

22   for the respective parties and the witness that the

23   reading and signing of the deposition be reserved.

24

25

```
 1    we need to talk.
 2         MS. FERWERDA:  Okay.  Let's step out.
 3         (A 12-minute recess was had.)
 4         (The record was read back as requested.)
 5         THE WITNESS:  That would be information
 6    obtained from the beginning while being retained by
 7    The Baez Law Firm, information that I would have.
 8    And in order for me to go ahead, I would be
 9    breaching privilege.
10         MS. BURDICK:  All right.  You've also listed
11    him as a witness.
12         MR. MASON:  I don't know.
13         MS. BURDICK:  Without restriction, I believe.
14         MR. BAEZ:  Well, I think there are certain
15    things that clearly fall under privilege as to -- do
16    you want to --
17         MR. MASON:  I don't know.  If I knew the
18    background, I would --
19         MR. BAEZ:  You want to go talk about --
20         MS. BURDICK:  You can go in that room next
21    door.
22         (A 3-minute recess was had.)
23         MR. BAEZ:  Back on the record.  The defense is
24    going to make the strategic decision to waive any
25    and all privilege as it pertains to Mr. Dominic
```

1   Casey.
2       MS. FERWERDA:  That means you can speak
3   freely --
4       MR. BAEZ:  Speak freely.
5       MS. FERWERDA:  -- about everything that
6   happened during representation.
7       THE WITNESS:  Okay.
8       MS. BURDICK:  Okay.  So do you need her to
9   read the question again?
10      THE WITNESS:  If you don't mind, I apologize.
11      (The record was read back as requested.)
12  A   Certain people probably were in -- certain
13  people that were connected to Casey Anthony in some way,
14  shape or form would have had the -- I didn't understand
15  why they were connected because of the nature of the
16  business they were in.
17  Q   Give me some specifics.
18  A   Peter Benevides is part of a
19  200-something-thousand dollar reward as a narco
20  trafficker, and he also has a kidnapping scam with
21  children down in Cali, Colombia.  He also provided
22  testimony to the DEA agent in February of 2010 -- a DEA
23  agent provided testimony in 2010, February, in Palm Beach
24  County that Benevides had requested an associate to
25  kidnap a child.