UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

CASEY MARIE ANTHONY,        Case No. 8:13-bk-0922-KRM

    Debtor,        Chapter 7

_____/

In re

ROY KRONK,        Adversary Proceeding

    Plaintiff,        Adversary No. 8:13-ap-00629-KRM

v.

CASEY MARIE ANTHONY,

    Defendant.

_____/

## PROOF OF SERVICE

    I HEREBY CERTIFY that on the 28th day of April, 2016 a true and correct copy of the ORDER GRANTING DEBTOR/ DEFENDANT'S UNCONTESTED MOTION FOR EXTENSION OF TIME TO CONDUCT DEPOSITION OF DOMINIC CASEY AND TO FILE MOTIONS FOR SUMMARY JUDGMENT, RESPONSES THERETO AND TO RESCHEDULE PRE-TRIAL [Doc. 83] was served via the courts EM/ECF system, email and/or US Mail postage prepaid to: Casey M. Anthony c/o Cheney Mason, Esquire at chenmas4@aol.com and cheneylaw@aol.com; Howard Marks, Esquire at hmarks@burr.com and Jonathan Sykes, Esq. at jsykes@burr.com and to Dominic Casey, PO Box 917394, Longwood, FL, 32791.

                                  /s/ David L. Schrader
                                  **David L. Schrader, Esquire**
                                  Florida Bar No.: 0183943
                                  111 Second Avenue NE
                                  Suite 901
                                  St. Petersburg, FL 33701
                                  Phone: (727) 456-5772
                                  Fax: (727) 456-6454
                                  dschraderlaw@gmail.com
                                  dschraderlaw.assistant@gmail.com

ORDERED.

Dated: April 22, 2016

K. Rodney May
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In Re:

CASEY MARIE ANTHONY,
    Debtor.
_____/

Case No. 8:13-bk-00922-KRM
Chapter 7

ROY KRONK,
    Plaintiff,
v.
CASEY MARIE ANTHONY,
    Defendant.
_____/

Adversary Proceeding
Case No. 8:13-ap-00629-KRM

### ORDER GRANTING DEBTOR/ DEFENDANT'S UNCONTESTED MOTION FOR EXTENSION OF TIME TO CONDUCT DEPOSITION OF DOMINIC CASEY [DOC. 76] AND TO FILE MOTIONS FOR SUMMARY JUDGMENT, RESPONSES THERETO AND TO RESCHEDULE PRE-TRIAL

THIS MATTER came before the Court for consideration upon the Debtor/Defendant Casey Marie Anthony's Uncontested Motion For Extension of Time To Conduct the Deposition of Dominic Casey [Doc. #76] and to File Motions For Summary Judgment, Responses Thereto, and To Reschedule Pre-trial. The Court having reviewed the Motion finds that it is well taken and should be granted. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Parties shall conduct the deposition of Dominic Casey no later than June 1, 2016.

2. On or before June 15, 2016, either or both of the Parties may file a motion for summary judgment.

3. The Parties shall have until June 29, 2016 to respond to any motion for summary judgment, and shall have until July 13, 2016 to file any reply to a response.

4.    The Pre-Trial has been continued to July 19, 2016 at 11:00 AM.

*Attorney David L. Schrader shall file a certificate of service of this Order within three (3) days after the entry of this Order.*