**FILED**

MAY U9 2016

CLERK U.S. BANKRUPTCY, ORLANDO DIVISION

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

CASEY MARIE ANTHONY,

       Debtor.

Case No. 8:13-bk-00922-KRM

Chapter 7

Roy Kronk,

       Plaintiff,

Adversary Proceeding
Case No. 8:13-ap-00629-KRM

v.

CASEY MARIE ANTHONY,

       Defendant.

## NOTICE OF AUTOMATIC STAY

Debtor/Defendant CASEY MARIE ANTHONY, by and through her attorney, David L. Schrader filed a Motion For Extension of Time To Conduct the Deposition of Dominic Casey and to File a Motion For Summary Judgement, Responses Thereto, and To Reschedule Pretrial. Dominic Casey states as follows:

In 2015 this Court (Orlando Division) issued an Automatic Stay, 11 U.S. § 362 that halts and prohibits any action towards, involving and including Dominic Casey.

Despite the Courts Automatic Stay, Plaintiff and Defendant's counsel's knowledge of the Automatic Stay and Dominic Casey's cooperation, Plaintiffs, Defendants counsel and Cheney Mason have continued to include and pressure Dominic Casey to become party to their Adversary Proceeding.

WHEREFORE, Dominic Casey requests this Court to remind Plaintiff's counsel, Defendant's counsel, Cheney Mason of this Court's Injunction and prohibit them from continually pressuring Dominic Casey to be involve and side in the subject Adversary Proceeding and engaging in their harassment towards Dominic Casey.

/s/ Dominic Casey

Post Office Box 917394

Longwood, FL 32791

## CERTIFICATE OF SERVICE

I HEREBY certify that the foregoing document has been emailed to Howard Marks, Esq. Burr & Foreman, LLP, et al hmarks@burr.com, David Schrader, Esq, Counsel for the Defendant, via electronic mail at dschraderlaw@gmail.com, dschraderlaw.assistant@gmail.com this 6th day of May 2016, for filing with the Court and distribution to the associated parties.

/s/ Dominic Casey

Post Office Box 917394

Longwood, FL 32791